**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION**

GUADALUPE BETANCOURT, individually

          CASE NO. 6:09-CV-01255-JTM-KMH

    Plaintiff,

v.

WICHITA AIRPORT HOTEL ASSOCIATES,
L.P., a Kansas Limited Partnership

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal of Case With Prejudice. This Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED, as follows:

1. The Stipulation for Dismissal of Case With Prejudice filed by the parties is hereby APPROVED and this case is dismissed with prejudice and each party is to bear its own costs and fees.

2. The Court is directed to close this file.

IT IS SO ORDERED this 7th day of July, 2010.

          s/ J. Thomas Marten
          UNITED STATES DISTRICT JUDGE